≋JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Courtney Burnette

## DEFENDANTS

IDT Carmel, Inc., et al.,

(b) County of Residence of First Listed Plaintiff   Franklin
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   N/a
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

James E. Nobile (0059705)
Nobile & Thompson Co., L.P.A.
4511 Cemetery Rd., Suite B
Hilliard, Ohio 43026          (614) 529-8600

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- G 2 U.S. Government Defendant
- G 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 | G 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| G 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane | G 362 Personal Injury— | G 620 Other Food & Drug | | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product | Med. Malpractice | G 625 Drug Related Seizure | G 423 Withdrawal | G 430 Banks and Banking |
| G 140 Negotiable Instrument | Liability | G 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment | G 320 Assault, Libel & | Product Liability | G 630 Liquor Laws | | G 460 Deportation |
| & Enforcement of Judgment | Slander | G 368 Asbestos Personal | G 640 R.R. & Truck | **PROPERTY RIGHTS** | G 470 Racketeer Influenced and |
| G 151 Medicare Act | G 330 Federal Employers' | Injury Product | G 650 Airline Regs. | G 820 Copyrights | Corrupt Organizations |
| G 152 Recovery of Defaulted | Liability | Liability | G 660 Occupational | G 830 Patent | G 810 Selective Service |
| Student Loans | G 340 Marine | **PERSONAL PROPERTY** | Safety/Health | G 840 Trademark | G 850 Securities/Commodities/ |
| (Excl. Veterans) | G 345 Marine Product | G 370 Other Fraud | G 690 Other | | Exchange |
| G 153 Recovery of Overpayment | Liability | G 371 Truth in Lending | | | G 875 Customer Challenge |
| of Veteran's Benefits | G 350 Motor Vehicle | G 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| G 160 Stockholders' Suits | G 355 Motor Vehicle | Property Damage | G 710 Fair Labor Standards | G 861 HIA (1395ff) | G 891 Agricultural Acts |
| G 190 Other Contract | Product Liability | G 385 Property Damage | Act | G 862 Black Lung (923) | G 892 Economic Stabilization Act |
| G 195 Contract Product Liability | G 360 Other Personal Injury | Product Liability | G 720 Labor/Mgmt. Relations | G 863 DIWC/DIWW (405(g)) | G 893 Environmental Matters |
| | | | | G 864 SSID Title XVI | G 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | G 730 Labor/Mgmt.Reporting | G 865 RSI (405(g)) | G 895 Freedom of |
| G 210 Land Condemnation | G 441 Voting | G 510 Motions to Vacate | & Disclosure Act | | Information Act |
| G 220 Foreclosure | G 442 Employment | Sentence | G 740 Railway Labor Act | **FEDERAL TAX SUITS** | G 900 Appeal of Fee Determination |
| G 230 Rent Lease & Ejectment | G 443 Housing/ | Habeas Corpus: | | G 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| G 240 Torts to Land | Accommodations | G 530 General | G 790 Other Labor Litigation | or Defendant) | Justice |
| G 245 Tort Product Liability | G 444 Welfare | G 535 Death Penalty | | | G 950 Constitutionality of |
| G 290 All Other Real Property | G 440 Other Civil Rights | G 540 Mandamus & Other | G 791 Empl. Ret. Inc. | G 871 IRS—Third Party | State Statutes |
| | | G 550 Civil Rights | Security Act | 26 USC 7609 | ☒ 890 Other Statutory Actions |
| | | G 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. 1692 et seq.. Fair Debt Collection Practices Act, R.C. 1345.01 et seq. Ohio Consumer Sales Practices Act and Ohio tort claim of Invasion Of Privacy

## VII. REQUESTED IN COMPLAINT:
G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ + $25,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   G Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: April 30, 2008

SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____